# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0541
Lower Tribunal No. 2014-CF-009740-A-O

_____

CALVIN JAMES MCCLAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.

Calvin James McClain, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan and Deborah Chance, Assistant Attorneys General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED